UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -1 AM 7:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

GAILE K. OWENS,

      Plaintiff,

v.

EARLINE GUIDA, WARDEN,
Tennessee Prison For Women,

      Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO: 00-2765-B

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting In Part Respondent's First Motion For Partial Summary Judgment entered on June 23, 2005, and with the Order Granting In Part Respondent's First Motion For Partial Summary Judgment And Denying Petitioner's Motion For Summary Judgment entered on 3/28/05, this cause is hereby dismissed.

APPROVED:

J. DANIEL BREEN
UNITED STATES DISTRICT COURT

6/30/05
Date

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  7-1-05

79

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 79 in case 2:00-CV-02765 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Alice B. Lustre
ATTORNEY GENERAL OFFICE
425 5th Avenue North
Nashville, TN 37243--049

Christopher M. Minton
ASSISTANT FEDERAL PUBLIC DEFENDER
810 Broadway
Ste. 200
Nashville, TN 37243

Honorable J. Breen
US DISTRICT COURT