IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| GAILE K. OWENS | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:00-2765-Br |
| vs. | ) | |
| | ) | |
| EARLINE GUIDA, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

This Court GRANTS Petitioner Gaile K. Owens's Unopposed Motion For Scheduling Order and ORDERS that Ms. Owens has until November 1, 2005, to file in this Court papers requesting a Certificate of Appealability in the above-styled matter. See Fed.R.App.P. 22(b).

J. Daniel Breen
United States District Judgment

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-7-05

89

Submitted for entry:

*[signature]*

Kelley J. Henry
Christopher M. Minton
Assistant Federal Public Defenders
Attorney for Petitioner Gaile K. Owens
810 Broadway - Suite 200
Nashville Tennessee 37203
(615) 736-5047

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been mailed by first-class mail to Alice Lustre, Esq., Assistant Attorney General, 425 5th Avenue North, Nashville, Tennessee 37243

Date: 9-1-05

*[signature]*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 89 in case 2:00-CV-02765 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Christopher M. Minton
ASSISTANT FEDERAL PUBLIC DEFENDER
810 Broadway
Ste. 200
Nashville, TN 37243

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Alice B. Lustre
ATTORNEY GENERAL OFFICE
425 5th Avenue North
Nashville, TN 37243--049

Honorable J. Breen
US DISTRICT COURT