IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP -6 PM 3: 06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| GAILE K. OWENS | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 00-2765-B |
| | ) | |
| EARLINE GUIDA, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER GRANTING MOTION TO WITHDRAW

This Court GRANTS the motion of Robert L. Hutton, GLANKLER BROWN PLLC, to withdraw as appointed counsel in the above-referenced matter and ORDERS that Mr. Hutton is granted leave to withdraw as appointed counsel in the above-styled matter.

_____
United States District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 90 in case 2:00-CV-02765 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Alice B. Lustre
ATTORNEY GENERAL OFFICE
425 5th Avenue North
Nashville, TN 37243--049

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Christopher M. Minton
ASSISTANT FEDERAL PUBLIC DEFENDER
810 Broadway
Ste. 200
Nashville, TN 37243

Honorable J. Breen
US DISTRICT COURT