IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| GAILE K. OWENS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 2:00-2765-Br |
| | ) |
| EARLINE GUIDA, Warden, | ) |
| | ) |
| Respondent. | ) |

## ORDER

For good cause shown, respondent's motion for extension of time to file a response to the motion for a certificate of appealability is GRANTED. Respondent shall file her response on or before December 8, 2005.

ENTERED this the 17th day of November, 2005.

J. DANIEL BREEN
United States District Judge

Prepared for Entry:

ALICE B. LUSTRE
Senior Counsel
Criminal Justice Division
P.O. Box 20207
Nashville, TN 37202
(615) 741-4349

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-18-05

1



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 94 in case 2:00-CV-02765 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Alice B. Lustre
ATTORNEY GENERAL OFFICE
425 5th Avenue North
Nashville, TN 37243--049

Christopher M. Minton
ASSISTANT FEDERAL PUBLIC DEFENDER
810 Broadway
Ste. 200
Nashville, TN 37243

Honorable J. Breen
US DISTRICT COURT